| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Brittany Wheelus* ☐ Agent ☑ Addressee<br>B. Received by (Printed Name): Brittany Wheelus   C. Date of Delivery: 10/25 |
| 1. Article Addressed to:<br><br>Houston County Alabama Board of Education<br>c/o Tim Pitchford<br>404 West Washington Street<br>Dothan, AL 36302<br><br>06cv953 S+C | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 3752 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |