IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GREG DAVIS, as next friend and natural          )
guardian of J.D.,                               )
                                                )
      Plaintiff,                           )
v.                                              )          CASE NO. 1:06-cv-953-MEF
                                                )
HOUSTON COUNTY, ALABAMA BOARD                   )
OF EDUCATION,                                   )
                                                )
      Defendant.                           )

# O R D E R

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #8) filed on November 15, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on December 19, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before December 12, 2007.  The defendant may file a reply brief on or before December 19, 2007.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this 20th day of November, 2007.

                                        /s/ Mark E. Fuller
                         CHIEF UNITED STATES DISTRICT JUDGE