```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

GREG DAVIS, AS NEXT FRIEND    *
AND NATURAL GUARDIAN OF       *
JOSHUA DAVIS                  *
                              *
     PLAINTIFF,               *
                              *
vs.                           *
                              *   CASE NO.1:06-CV-953-MEF
HOUSTON COUNTY BOARD          *
OF EDUCATION                  *
                              *
     DEFENDANT.               *
```

## CONFLICT DISCLOSURE STATEMENT

THE DEFENDANT, Houston County Board of Education, by and through counsel, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors committee, or other entities reportable under the provisions of the Middle District of Alabama s Order of June 12, 2007:

1. Defendant, Houston County Board of Education, is a governmental entity not subject to the disclosure requirements of Fed. R. Civ. P. 7.1 and the Middle District of Alabama s Order of June 12, 2007.

This the 30th day of November, 2007.

HARDWICK, HAUSE, SEGREST & WALDING

BY: /s/ Kevin Walding
    Kevin Walding (WAL036)
    ASB-8121-I-69J
    Post Office Box 1469
    Dothan, Alabama  36302
    PHONE:   (334) 794-4144
    FAX:     (334) 671-9330
    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that, this date, I have served a copy of this document on the following individual(s) or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Malcolm R. Newman, Esq.
Post Office Box 6137
Dothan, Alabama 36302

This the 30th day of November, 2007.

/s/ Kevin Walding
Of Counsel