# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GREG DAVIS, AS NEXT | * |
| FRIEND AND NATURAL | * |
| GUARDIAN OF JOSHUA DAVIS | * |
| | * |
| PLAINTIFF | * |
| | * |
| VS. | * CIVIL ACTION No.: 1:06-cv-953 |
| | * |
| HOUSTON COUNTY, ALABAMA | * |
| BOARD OF EDUCATION | * |
| | * |
| DEFENDANT | * |
| | * |

## CONFLICT DISCLOSURE STATEMENT

  Comes now Greg Davis, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

  ____ This party is an individual, or

  ____ This party is a governmental entity, or

  _X_ There are no entities to be reported, or

  ____ The following entities and their relationship to the party are hereby reported:

Reportable Entity        Relationship to Party

_____  _____
_____  _____
_____  _____

| | |
|---|---|
| <u>12-03-2007</u><br>Date | Malcolm R. Newman, Attorney, PC<br>/s/ Malcolm R. Newman<br>Malcolm R. Newman (NEW017)<br>Counsel for Plaintiffs<br>Greg and Josh Davis<br>P.O. Box 6137<br>Dothan, Alabama 36302<br>(334)792-2132<br>ASB-2826-M39M |

CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2007, that I have filed a copy of the foregoing via the CM/ECF System which will send notification to the following:

Jere C. Segrest
P.O. Box 1469
Dothan, Alabama 36302

Kevin Walding
P.O. Box 1469
Dothan, Alabama 36302

Patrick B. Moody
P.O. Box 1469
Dothan, Alabama 36302

                                                   /s/ Malcolm R. Newman
                                                   Malcolm R. Newman