IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREG DAVIS, as next friend and natural guardian of J.D., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-953-MEF |
| | ) |
| HOUSTON COUNTY, ALABAMA BOARD OF EDUCATION, | )<br>) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Strike (Doc. #16) filed on December 19, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before January 4, 2008 as to why the motion should not be granted.

DONE this the 26th day of December, 2007.

                                                   /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE