```
      IN THE DISTRICT COURT OF THE UNITED STATES
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

GREG DAVIS, AS NEXT FRIEND   \*
AND NATURAL GUARDIAN OF      \*
JOSHUA DAVIS                 \*
                             \*
    PLAINTIFF,             \*
                             \*
vs.                          \*
                             \*     CASE NO.1:06-CV-953-MEF
HOUSTON COUNTY, ALABAMA      \*
BOARD OF EDUCATION           \*
                             \*
    DEFENDANT.             \*

## MOTION TO WITHDRAW

Patrick B. Moody, attorney for Defendant, Houston County Board of Education, move the Court to allow him to withdraw from representing the above named client because he is no longer employed by Hardwick, Hause, Segrest & Walding.

                        HARDWICK, HAUSE, SEGREST & WALDING

                        BY:   /s/ Patrick B. Moody
                             Patrick B. Moody (MOO110)
                             ASB 0905-T-73M
                             Post Office Box 1469
                             Dothan, Alabama 36302
                             Phone:  (334)794-4144
                             Fax:    (334)671-9330
                             ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that, this date, I have served a copy of this document on the following individual(s)or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Malcolm R. Newman, Esq.
Attorney at Law
Post Office Box 6137
Dothan, Alabama 36302

This the 25th day of January, 2008.

                                                  /s/ Patrick B. Moody
                                                Of Counsel