IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREG DAVIS, as next friend and natural guardian of J.D., ) ) ) Plaintiff, ) v. ) ) HOUSTON COUNTY, ALABAMA BOARD ) OF EDUCATION, ) ) Defendant. ) | CASE NO. 1:06-cv-953-MEF |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #21) filed on January 25, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this 31st day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE