# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GREG DAVIS, as next friend and natural guardian of Josh Davis ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO.: 1:06-CV-953-MEF |
| HOUSTON COUNTY, ALABAMA BOARD OF EDUCATION, ) ) ) | |
| Defendant. ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

    Comes now Counsel for Plaintiff and pursuant to the Uniform Scheduling Order, files this Notice, out of time, that Counsel for the Parties did not meet to discuss Settlement on December 7, 2007 and have not discussed the viability of Mediation. It is Counsel's contention that the pending Ruling on Defendant's Motion For Summary Judgment has had a chilling effect on interest to so meet.

                                                         Malcolm R. Newman, Attorney, PC

                                                         /s/ Malcolm R. Newman
                                                         Malcolm R. Newman (NEW017)
                                                          P.O. Box 6137
                                                          Dothan, Alabama 36302
                                                          (334)792-2132
                                                          ASB-2826-M39M

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on February 1, 2008, I have filed a copy of the foregoing via the CM/ECF System which will send notification to the following:

Jere C. Segrest
P.O. Box 1469
Dothan, Alabama 36302

Kevin Walding
P.O. Box 1469
Dothan, Alabama 36302

                                                         /s/ Malcolm R. Newman
                                                         Malcolm R. Newman