# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| GREG DAVIS, as next friend and natural guardian of Josh Davis )<br><br>    Plaintiff, )<br><br>v. )<br><br>HOUSTON COUNTY, ALABAMA BOARD OF EDUCATION, )<br><br>    Defendant. ) | CASE NO.: 1:06-CV-953-MEF |

## PLAINTIFF'S REPLY TO ORDER

Comes now Counsel for the Plaintiff pursuant to this Court's Order (Doc. 20) and represents as follows:

1.   That upon review of the Counsel's records it would appear that Counsel did in fact fail to file the required Notice concerning Settlement Conference and Mediation.  Counsel can only attribute his failure to file to inattention to the date due to preoccupation with responding to the Defendant's Motion for Summary Judgment.

2.   In addition, Counsel does not recall having any conversation with Defense Counsel regarding Settlement and such would be customary in that in such discussion would be predicated on the Summary Judgment Ruling.

Wherefore, Counsel offers this Reply as an attempt to explain and not as an excuse.  As such, Counsel stands prepared to accept sanctions this Court believes reasonable.

Malcolm R. Newman, Attorney, PC

/s/ Malcolm R. Newman_____
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
(334)792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

    I hereby certify that on February 1, 2008, I have filed a copy of the foregoing via the CM/ECF System which will send notification to the following:

Jere C. Segrest
P.O. Box 1469
Dothan, Alabama 36302

Kevin Walding
P.O. Box 1469
Dothan, Alabama 36302

                                          /s/ Malcolm R. Newman
                                          Malcolm R. Newman