```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| GREG DAVIS, AS NEXT FRIEND | * |
| AND NATURAL GUARDIAN OF | * |
| JOSHUA DAVIS | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| vs. | * |
| | *   CASE NO.1:06-CV-953-MEF |
| HOUSTON COUNTY, ALABAMA | * |
| BOARD OF EDUCATION | * |
| | * |
|     DEFENDANT. | * |

## EXHIBIT LIST

THE DEFENDANT, the Houston County Board of Education, submits the following list of exhibits it reserves the right to use during the trial of this matter.

    1.   Houston County Schools High School Code of Conduct. (Defendant's Initial Disclosure documents ## 1-29).

    2.   Discipline Referral Card dated September 16, 2005 and signed by Principal James Murrey.

    3.   Wicksburg High School Discipline Committee report dated September 19/20, 2005. (Defendant's Initial Disclosure document 40).

    4.   Wicksburg High School Alternative School Committee report dated September 19, 2005. (Defendant's Initial

Disclosure document 42).

    5.   Houston County Alternative School Referral Form. (Defendant's Initial Disclosure document 41).

    6.   Typewritten statement of Wanda Seals. (Defendant's Initial Disclosure document 47).

    7.   Student Discipline Record for Joshua Davis.

Defendant also reserves the right, if necessary, to use any document or tangible meeting the following descriptions:

    a.   Any and all depositions taken during discovery and any exhibits attached thereto.

    b.   Any exhibits necessary for rebuttal.

    c.   Any exhibits necessary for impeachment.

    d.   Any exhibits inadvertently omitted such that said exhibits' admissibility is relevant and required for a just and fair determination of the issues before this Court;

    e.   The Defendant reserves the right to use any exhibit marked or identified by any other party to this matter.

    f.   The Defendant reserves the right to amend this Exhibit List as necessary with leave of Court.

```
                    HARDWICK, HAUSE, SEGREST & WALDING

                    BY:   /s/ Jere C. Segrest
                          Jere C. Segrest (SEG005)
                          ASB-1759-S-80J

                    BY:   /s/ Kevin Walding
                          Kevin Walding (WAL036)
                          ASB-8121-I-69J
                          Post Office Box 1469
                          Dothan, Alabama 36302
                          Phone:  (334)794-4144
                          Fax:    (334)671-9330
                          ATTORNEYS FOR DEFENDANT
```

CERTIFICATE OF SERVICE

I hereby certify that, this date, I have served a copy of this document on the following individual(s)or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Malcolm R. Newman, Esq.
Attorney at Law
Post Office Box 6137
Dothan, Alabama 36302

This the 6th day of February, 2008.

```
                               /s/ Kevin Walding
                              Of Counsel
```