**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GREG DAVIS, AS NEXT FRIEND** | * | |
| **AND NATURAL GUARDIAN OF** | * | |
| **JOSHUA DAVIS** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **vs.** | * | |
| | * | **CASE NO.1:06-CV-953-MEF** |
| **HOUSTON COUNTY, ALABAMA** | * | |
| **BOARD OF EDUCATION** | * | |
| | * | |
| **DEFENDANT.** | * | |

**WITNESS LIST**

THE DEFENDANT, the Houston County Board of Education, submits the following list of persons it expects to call as witnesses in this matter and list of persons it may call as witnesses in this matter.

**A. Witnesses Defendant Expects to Call:**

1. Brad Smith.

2. Clay Carter.

3. Charlie Winchester.

4. Josh Cox.

5. Phil Moseley.

6. Jim Murrey.

7. Wanda Seals.

8. Tim Pitchford.

9. Cheryl Smith.

10. Judy Childs.

**B. Witnesses Defendant May Call:**

11. Keris Ayres.

12. Leigh Cochran.

13. Dilly Ward.

14. Carol Ann Saunders.

15. Danny Whiddon.

16. Kim Kirkland.

17. Starla Brannen.

18. Becky Birdsong.

19. Roger Sanders.

20. Angela Brockman.

21. Susan Sanders.

22. One or more Board members:

    a. Jimmy Kilgore.
    b. Bobby Harrell.
    c. Scott Thomas
    d. Doyle Bond.
    e. Dorothy Butts.
    f. Ken Lane.
    g. Donny Smith.

23. Defendant reserves the right to use or call any witnesses listed by Plaintiff.

24. Defendant reserves the right to use any witnesses

necessary for rebuttal.

25. Defendant reserves the right to use any witnesses necessary for impeachment.

26. Defendant reserves the right to use any witnesses subpoenaed or called by Plaintiff.

27. Defendant reserves the right to amend and supplement this identification of witnesses as additional information of the issues before this Court becomes available and upon leave of Court.

28. Any witnesses inadvertently omitted but whose testimony is relevant and required for a just and fair determination of the issues before this Court.

HARDWICK, HAUSE, SEGREST & WALDING

BY: /s/ Jere C. Segrest
Jere C. Segrest (SEG005)
ASB-1759-S-80J

BY: /s/ Kevin Walding
Kevin Walding (WAL036)
ASB-8121-I-69J
Post Office Box 1469
Dothan, Alabama 36302
Phone: (334)794-4144
Fax: (334)671-9330
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that, this date, I have served a copy of this document on the following individual(s)or attorney(s) of record by placing a copy in the United States Mail in a properly addressed envelope with adequate postage.

Malcolm R. Newman, Esq.
Attorney at Law
Post Office Box 6137
Dothan, Alabama 36302

This the 6th day of February, 2008.

/s/ Kevin Walding
Of Counsel