# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| GREG DAVIS, as next friend and natural guardian of Josh Davis<br><br>    Plaintiff,<br><br>v.<br><br>HOUSTON COUNTY, ALABAMA BOARD OF EDUCATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO.: 1:06-CV-953-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now Counsel for Plaintiff, Greg Davis, and informs the Court that the parties conducted a face-to-face Settlement Conference on February 11, 2008, and did not reach a settlement. The parties do not believe Mediation can aid resolution at this time.

                                                   Malcolm R. Newman, Attorney, P.C.

                                                   /s/ Malcolm R. Newman
                                                   Malcolm R. Newman (NEW017)
                                                   Attorney for Plaintiff
                                                   P.O. Box 6137
                                                   Dothan, Alabama 36302
                                                   (334) 792-2132
                                                   ASB-2826-M39M

CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2008, I have filed a copy of the foregoing via the CM/ECF System which will send notification to the following:

Jere C. Segrest
P.O. Box 1469
Dothan, Alabama 36302

Kevin Walding
P.O. Box 1469
Dothan, Alabama 36302

                                                /s/ Malcolm R. Newman
                                                Malcolm R. Newman