## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GREG DAVIS, AS NEXT FRIEND AND NATURAL GUARDIAN OF JOSHUA DAVIS | * * * * |
| PLAINTIFF | * * |
| VS. | * CIVIL ACTION No.: 1:06-cv-953 * |
| HOUSTON COUNTY, ALABAMA BOARD OF EDUCATION | * * * |
| DEFENDANT | * * |

## NOTICE OF COMPLIANCE

Comes now Malcolm R. Newman, pursuant to this Court's Order of February 5, 2008 (Doc. #25) and certifies that he has duly complied with the said Order as indicated by the attached Exhibit A.

                         Malcolm R. Newman, Attorney, PC

                         /s/ Malcolm R. Newman\_\_\_\_\_
                         Malcolm R. Newman (NEW017)
                         P.O. Box 6137
                         Dothan, Alabama 36302
                         (334)792-2132
                         ASB-2826-M39M

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jere C. Segrest
P.O. Box 1469
Dothan, Alabama 36302

Kevin Walding
P.O. Box 1469
Dothan, Alabama 36302

                                                /s/ Malcolm R. Newman
                                                Malcolm R. Newman

## Gratefully Acknowledges....

The Hawk-Houston Boys & Girls Club
Hawk-Houston, Alabama
329 Chickasaw Street · P. O. Box 168
Dothan, AL 36302



**BOYS & GIRLS CLUB**
HAWK-HOUSTON

---

### Hawk-Houston Boys & Girls Club:

The Club was founded in 1964 by the late Mrs. Alveta Houston Hawk as an alternative to the ever-increasing negative influences and behaviors of young Black males. As a successful educator, business woman and humanitarian, she decided to be more pro-active in helping young males succeed in life. She, and others, invested in their future by giving them a place of their own that would help them develop positive life skills.

Today, forty three years later, the Hawk-Houston Boys & Girls Club has served thousands of youth that have gone on to make positive contributions to the world in which they live. Located in the historical "baptist bottom" district, it stands as an icon of the human potential and a rung in the ladder of success for today's youth.

---

### Your Generous Donation of:

$ 250  Individual   $ 1287  Business
$ _____ Foundation   $ _____ United Way
$ _____ One-Campaign   $ _____ Board Dues
$ _____ Aftershool   $ _____ Special Event
$ _____ Summer Program   $ _____ Capital Campaign
$ _____ Renovation Project
$ _____ Other _____
    In-kind donation/service (Description)
    _____
    _____
Donor assessed value $ _____

---

Date  3/21/08
From: Malcolm R. Newman, PC
Name _____
Address 314 W. Crawford St.
Newton, AL 36301
City           State      Zip code

All contributions to the Hawk-Houston Boys & Girls are tax-deductible to the fullest extent allowed by law. The federal 501 ©(3) tax-exempt # is 63-0517947