IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREG DAVIS, AS NEXT FRIEND AND NATURAL GUARDIAN OF JOSHUA DAVIS | * * * * |
| PLAINTIFF | * * |
| VS. | * CIVIL ACTION No.: 1:06-cv-953 * |
| HOUSTON COUNTY, ALABAMA BOARD OF EDUCATION | * * * |
| DEFENDANT | * * |

## NOTICE OF APPEAL

Comes now the Plaintiff, Greg Davis and hereby gives Notice of Appeal from the final judgment of February 13th, 2008 (Doc.31).

Malcolm R. Newman, Attorney, PC

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
(334)792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on December 12th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jere C. Segrest
P.O. Box 1469
Dothan, Alabama 36302

Kevin Walding
P.O. Box 1469
Dothan, Alabama 36302

/s/ Malcolm R. Newman
Malcolm R. Newman