# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**March 13, 2008**

| | |
|---|---|
| **DEBRA P. HACKETT**<br>**CLERK** | **MAILING ADDRESS:**<br>P. O. Box 711<br>MONTGOMERY, AL 36101<br>(334)954-3610 |

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit           **Re:**   District Court No. 1:06-cv-00953-MEF
56 Forsyth Street, N.W.              GREG DAVIS v. HOUSTON COUNTY, ALABAMA
Atlanta, Georgia  30303                   BOARD OF EDUCATION
                                     Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☒  Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒  First Notice of Appeal:   Yes ☒   No ☐   Other notices (dates): _____

☐ _____ Other:

☒ _____ The Judge or Magistrate Judge appealed from is:  **JUDGE MARK E. FULLER**

☐  The Court Reporter (s) is/are: _____

☐  A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing

☒ _____ The appellant DOCKET FEE has been paid:  Yes ☐ No ☒  Date paid:

☐ _____ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐  Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
   **Enclosed:** certified copy of Order & an updated docket sheet

☐  Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
   **Enclosed:** certified copy of Order & an updated docket sheet

☐ _____ Copy of CJA form / order appointing counsel.

☐ _____ Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐  ORIGINAL PAPERS: __Volume(s) of pleadings;  ____ Volume(s) of transcript;  ____ folder of exhibits

☐  This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☐  This is a DEATH PENALTY appeal.

                                                  Very truly yours,

                                                  Donna Norfleet
                                                  Deputy Clerk

cc: Court file