```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004336
Cashier ID: khaynes
Transaction Date: 03/17/2008
Payer Name: MALCOLM R NEWMAN ATTORNEY PC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: MALCOLM R NEWMAN ATTORNEY PC
 Case/Party: D-ALM-1-06-CV-000953-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 2784
 Amt Tendered:   $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

Davis v. Houston County, Alabama
Board of Education
```